ANTONINA KAZMIERCZAK, as President of the SISTERS' SOCIETY OF THE HOLY ROSARY, Respondent, *v.* ST. ADELBERT's ROMAN CATHOLIC CHURCH SOCIETY OF BUFFALO, N. Y., Appellant.

*Kazmierczak* v. *St. Adelbert's R. C. Church Socy.*, 14 App. Div. 628, affirmed.

(Argued February 2, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 13, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Philip A. Laing* for appellant.

*E. G. Mansfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and MARTIN, J.

---

JOHN N. RENNINGER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Renninger* v. *N. Y. C. & H. R. R. Co.*, 11 App. Div. 565, affirmed.

(Argued February 5, 1900; decided February 27, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1897, reversing a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial, and granting a new trial.

*Calvin S. Crosser* for appellant.

*Charles A. Pooley* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J.